THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Knoland Scarber,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal From Pickens County
Frank Eppes, Trial Judge
Larry R. Patterson, Post Conviction 
 Judge

Memorandum Opinion No. 2004-MO-021
Submitted March 26, 2004 - Filed April 
 26, 2004

REVERSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of the Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 G. Robert Deloach, and W. Bryan Dukes, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:          Petitioner was indicted on 
 charges of first degree burglary, possession of tools used in the commission 
 of a crime, and petit larceny.  The indictments indicate that the charges were 
 nolle prossed nearly a year before petitioners trial.  Petitioner was 
 never re-indicted on the charges.  Instead, he was tried on the nolle prossed 
 indictments and convicted as charged.  His convictions and sentences were affirmed 
 on appeal.  State v. Scarber, Op. No. 97-UP-565 (S.C. Ct. App. filed 
 October 30, 1997).
Thereafter, petitioner filed an application for post-conviction 
 relief (PCR), which was denied.  Petitioner now seeks a writ of certiorari.  
 We grant the petition for a writ of certiorari, dispense with briefing, reverse 
 the PCR judges order and vacate petitioners sentences and convictions based 
 on our recent holding in Mackey v. State, Op. No. 25795 (S.C. Sup. Ct. 
 filed March 22, 2004)(court is required to dismiss charges when a solicitor 
 has nolle prossed the charges and failed to re-indict a criminal defendant 
 on those charges).
 REVERSED.  
 TOAL, C.J., WALLER, BURNETT and PLEICONES, JJ., concur.  
 MOORE, J., not participating.